**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

BRIAN A. WESSON
REG. #23082-009                                                                    PETITIONER

VS.                                        2:05CV00174 GH/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                          RESPONDENTS

**ORDER**

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and an Addendum supplementing his Petition. (Docket entries #1 and #3.) Petitioner has paid the $5.00 filing fee, and therefore the Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1), the Addendum (docket entry #3), and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 7th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE